LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
SHANNON D. NORDSTROM, ESQ.
Nevada Bar No. 8211
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@lipsonneilson.com
snordstrom@lipsonneilson.com
jgreen@lipsonneilson.com

*Attorneys for Defendant*
*MAX BRENNER LAS VEGAS, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SAHAR GHANAVATIAN,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MAX BRENNER LAS VEGAS LLC, a Nevada limited liability company, dba MAX BRENNER<br><br>　　　　　　　　Defendant. | CASE NO.: 2:14-cv-01675-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED to by Plaintiff, SAHAR GHANAVATIAN and Defendant MAX BRENNER LAS VEGAS LLC, by and through their respective counsel of record, that the above-entitled matter is hereby dismissed in its entirety with prejudice, with each of the parties to bear their own attorney's fees and costs.

Dated: April 1, 2015.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
ROBERT P. SPRETNAK, ESQ.
Nevada Bar No. 5135
8275 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

*Attorneys for Plaintiff*

Dated: April 1, 2015.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ Shannon Nordstrom
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
SHANNON D. NORDSTROM, ESQ.
Nevada Bar No. 8211
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12373
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant*

*SAHAR GHANAVATIAN vs. MAX BRENNER LAS VEGAS LLC*
CASE NO. 2:14-cv-01675-JCM-VCF

## ORDER OF DISMISSAL

Based on the foregoing stipulation of the parties, it is hereby ORDERED that Plaintiff's Complaint is dismissed in its entirety, with prejudice, and each party is to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated April 8, 2015.

_____
UNITED STATES DISTRICT JUDGE